# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ROGER GLAHN AND DONNA GORENCEL, | : No. 26 MAP 2022 |
| | : |
| Appellants | : |
| | : |
| v. | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of May, 2022, the appeal is **QUASHED**. To the extent jurisdiction is premised upon Rule of Appellate Procedure 311(a)(4), *see* Pa.R.A.P. 311(a)(4) (allowing an immediate appeal as of right from an order denying a injunction), Appellants sought injunctive relief against entities that are not parties to this action. Furthermore, Appellants failed to appeal the Commonwealth Court's February 15, 2022 memorandum and order, which also denied relief along the same lines as the order that is the subject of this appeal.

The "Application for Sanctions" and the "Emergency Application for Special Relief in the Nature of Mandamus" are **DENIED**.